The Honorable James L. Robart

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 7 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
           DEPUTY

08-CV-01458-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSITY OF WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | No. C08-1458JLR |
| ) | |
| v. ) | |
| ) | STIPULATION FOR AND ORDER OF |
| THE NORTHERN TRUST COMPANY and ) | DISMISSAL |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

Plaintiff University of Washington and defendant The Northern Trust Company, by and through their counsel of record, agree that this Lawsuit should now be dismissed, with prejudice, and without an award of costs or fees to either party.

DATED this 6th day of October, 2008.

FOSTER PEPPER PLLC                    BYRNES & KELLER LLP

By /s/ Bradley S. Thoreson              By /s/ John A. Tondini
   Bradley S. Thoreson, WSBA #18190       Bradley S. Keller, WSBA #10665
*Attorneys for Plaintiff*                 John A. Tondini, WSBA #19092
                                          *Attorneys for Defendant*

STIPULATION FOR AND ORDER OF DISMISSAL
(No. C08-1458JLR) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## ORDER

The Court hereby orders that this Lawsuit is dismissed in its entirety with prejudice and without award of costs and fees.

DATED this 7th day of October, 2008.

Honorable James L. Robart
United States District Court Judge

Presented by:

BYRNES & KELLER LLP

By /s/ John A. Tondini
    Bradley S. Keller, WSBA #10665
    John A. Tondini, WSBA #19092
*Attorneys for Defendant*

FOSTER PEPPER PLLC

By /s/ Bradley S. Thoreson
    Bradley S. Thoreson, WSBA #18190
*Attorneys for Plaintiff*

STIPULATION FOR AND ORDER OF DISMISSAL
(No. C08-1458JLR) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000